Sylvester HORNBUCKLE, Appellant,

v.

STATE of Missouri, Respondent.

No. 56938.

Missouri Court of Appeals,
Eastern District,
Division One.

May 22, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1990.

Application to Transfer Denied
July 31, 1990.

Beverly A. Beimdiek, St. Louis, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Appellant, Sylvester Hornbuckle, appeals from the denial of his Rule 29.15 motion after an evidentiary. We have reviewed appellant's allegations of error, the entire record upon which they are based, and the findings of fact and conclusions of law of the motion court. We do not find the motion court's denial of relief to be clearly erroneous and we also find that an extended opinion would have no precedential value. *Day v. State*, 770 S.W.2d 692, 695 (Mo. banc 1989). Therefore, we affirm the court's denial of relief pursuant to Rule 84.16(b). The parties have been provided a memorandum, solely for their information, which sets forth the basis of the court's decision.

STATE of Missouri, Respondent,

v.

Howard P. WILLIAMS, Appellant.

Nos. WD 41047, WD 42228.

Missouri Court of Appeals,
Western District.

May 29, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 1990.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Defendant appeals from conviction of possession of cocaine under section 195.020, RSMo 1986. This appeal is consolidated with his appeal from denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

The judgment of conviction is affirmed. Rule 30.25(b).

The denial of post-conviction relief is affirmed. Rule 84.16(b).